Form CGFCRD3  (7/14/2020)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 20–17132–LMI                                                    Adversary Number: 20–01257–LMI

In re:
 Name of Debtor(s):  Carlos R. Weissenberg
 ─────────────────────────────────────────────/

**Denmark Properties Limited**
Plaintiff(s)

**VS.**

**Carlos R. Weissenberg**
Defendant(s)
 ─────────────────────────────────────────────/

## RENOTICE OF HEARING

CHANGE LOCATION

**NOTICE IS HEREBY GIVEN**  that a hearing will be held before the Honorable Laurel M Isicoff on **October 7, 2020** at **01:30 PM**

**by TELEPHONE through CourtSolutions LLC.**

**To participate through CourtSolutions, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at https://www.court–solutions.com If a party is unable to register online, a reservation may also be made by telephone at (917) 746–7476.**

**\*\*EFFECTIVE IMMEDIATELY\*\*** Until further notice or unless directed otherwise, the court will **ONLY** hold hearings by **TELEPHONE**. Individuals not represented by counsel will be able to use the telephonic services FREE of charge. All attorneys shall advise their clients **NOT** to appear at the courthouse.

to consider the following:

**Pretrial Conference**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and **shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B)**. Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 8/3/20**                                                    **CLERK OF COURT**
                                                                 By: Noemi Sanabria
                                                                 Courtroom Deputy