**United States Bankruptcy Court**
**Southern District of Florida**

Case Number: 20−17132−LMI                                               Adversary Number: 20−01257−LMI

In re:

Name of Debtor(s): Carlos R. Weissenberg
———————————————————————————— /

Denmark Properties Limited
Plaintiff(s)

VS

Carlos R. Weissenberg
Defendant(s) ——————————————————————/

### DEFENDANT'S MOTION TO SET ASIDE DEFAULT PURSUANT TO F.R.B.P 7055

Defendant, CARLOS R. WEISSENBERG, ("Defendant"), by and through his undersigned counsel, and pursuant to F.R.B.P. 7055, hereby files his Motion to Set Aside Default and states the following:

1. Pursuant to F.R.B.P. 7055(C), the Court may set aside an entry of Default for Good Cause.
2. On September 14, 2020, the Court granted an extension of time for Defendant to file responsive pleadings in the instant matter.
3. The request was pursuant to Defendant's counsel being out for an extended period of time due to contracting COVID 19.
4. Defendant's counsel has been working extensively in order to get his cases caught up and in order.
5. As a result, his time was stretched thin between matters and was delayed in filing Defendant's Answer and Affirmative Defenses by 34 hours.
6. This delay was not intentional nor intended to disrupt the progress of this proceeding.
7. Defendant should not be prejudiced by his Counsel's circumstances.

   *WHEREFORE*, Defendant respectfully requests that the Court set Aside the Default entered against him, and such further relief as this Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF transmission on September 22, 2020 to **Eduardo Ayala Maura, Esq.**

                                                                **/s/ Robert Pereda, Esq.**
                                                                Attorney for Defendant/Debtor
                                                                13418 SW 128th Street
                                                                Miami, FL 33186
                                                                Phone: 786-534-4150
                                                                Fax: 866-668-6784
                                                                Robert@roblawmiami.com
                                                                Florida Bar No.: 81985