

**ORDERED in the Southern District of Florida on November 3, 2020.**

_____
                  **Laurel M. Isicoff**
        **Chief United States Bankruptcy Judge**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CARLOS R. WEISSENBERG, | ) | Case No. 20-17132-LMI |
| | ) | Chapter 7 |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DENMARK PROPERTIES LIMITED, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adv. Pro. No. 20-01257-LMI |
| | ) | |
| CARLOS R. WEISSENBERG, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE AND
<u>SETTING HEARING ON ORDER TO SHOW CAUSE</u>**

      **THIS CAUSE** came before the Court upon Plaintiff's Motion for Order to Show Cause Why Defendant and His Counsel Should Not Be Held in Contempt [ECF #21], and the Court, being otherwise fully advised in the premises, hereby **ORDERS** as follows:

Plaintiff's Motion for Order to Show Cause Why Defendant and His Counsel Should Not Be Held in Contempt [ECF #21] is **GRANTED**.

Defendant Carlos R. Weissenberg and his counsel Robert Pereda, Esq. shall appear at a hearing before the Honorable Laurel M. Isicoff on November 4, 2020, at 01:30 p.m., by telephone through CourtSolutions, to show cause why they should not be held in contempt for their failure to comply with the Order Setting Filing and Disclosure Requirements for Pretrial and Trial of July 10, 2020 [ECF #4].

To participate through CourtSolutions, you must make a reservation in advance no later than 03:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at https://www.court-solutions.com/. If a party is unable to register online, a reservation may also be made by telephone at (917) 746-7476.

###

**Submitted by:**

Eduardo A. Maura, Esq.
Ayala Law, P.A.
2490 Coral Way, Ste 401
Coral Gables, FL 33145
Phone: (305) 570-2208
Email: eayala@ayalalawpa.com

**cc:** All parties in interest.